UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMANDA L. WALDEN,

    Plaintiff,

v.

VILLAGE OF NEW ATHENS, VILLAGE OF NEW ATHENS BOARD OF POLICE COMMISSIONERS, WILLIAM O. RAINEY, BRYAN RAUSCH, DENNIS BREITHAUPT and VILLAGE OF NEW ATHENS POLICE DEPARTMENT,

    Defendants.

Case No. 10-cv-432-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the defendants' motion to dismiss (Doc. 24). Since the defendants filed the motion to dismiss, the plaintiff has amended the complaint (Doc. 32). Because the motion to dismiss is directed at the original complaint, which is no longer the operative pleading in this case, *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999), the Court **DENIES as moot** the motion to dismiss (Doc. 24).

IT IS SO ORDERED.
DATED: November 15, 2010

                          s/ J. Phil Gilbert
                          **J. PHIL GILBERT**
                          **DISTRICT JUDGE**