## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AMANDA L. WALDEN,** | ) |
| **Plaintiff,** | ) |
| v. | ) NO. 10-cv-00432-JPG-PMF |
| **VILLAGE OF NEW ATHENS,** *et al.,* | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** November 30, 2011

                                            **NANCY ROSENSTENGEL, Clerk of Court**

                                            **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **U. S. DISTRICT JUDGE**